# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROMMIE MOSS,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01451-JCM-NJK

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied. Petitioner must pay the $5.00 filing fee for habeas corpus actions. 28 U.S.C. § 1914(a). Petitioner shall be given an opportunity to pay the fee in this action.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the clerk. Failure to do so may result in the dismissal of this action.

1  **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** petitioner two copies of this
2  order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order
3  attached to the check in the amount of the $5.00 filing fee.
4  **IT IS FURTHER ORDERED** that the clerk shall **RETAIN** the petition but not file it at
5  this time.

Dated September 11, 2014.

_____
UNITED STATES DISTRICT JUDGE