# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROMMIE MOSS,

     Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

     Respondents.

Case No. 2:14-cv-01451-JCM-NJK

**ORDER**

     This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Respondents have filed a motion for a second extension of time in which to file a response to the petition for a writ of habeas corpus.  (ECF No. 15).  Respondents seek an extension of time, up to and including December 18, 2015, to file a response.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

     **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to the petition (ECF No. 15) is **GRANTED.**  The response shall be filed on or before **December 18, 2015.**

     Dated  November 20, 2015.

UNITED STATES DISTRICT JUDGE