# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROMMIE MOSS,

     Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

     Respondents.

Case No. 2:14-cv-01451-JCM-NJK

**ORDER**

     This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Petitioner has filed a motion for an extension of time in which to file a response to the pending motion to dismiss.  (ECF No. 21).  Petitioner seeks a sixty-day enlargement of time in which to file a response to the motion to dismiss.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

     **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (ECF No. 21) is **GRANTED.**  Petitioner's response shall be filed within **sixty (60) days** from the date of entry of this order.

     Dated January 4, 2016.

UNITED STATES DISTRICT JUDGE