# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROMMIE MOSS,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01451-JCM-NJK

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for a second extension of time in which to file a response to the pending motion to dismiss. (ECF No. 23). Petitioner seeks an extension of time, up to and including April 6, 2016, in which to file a response to the motion to dismiss. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file a response to the pending motion to dismiss (ECF No. 23) is **GRANTED.** Petitioner's response shall be filed not later than April 6, 2016.

Dated March 17, 2016.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE